# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERT ALLEN RAMIREZ** <br>    REG. #34540-177 | **CIVIL ACTION NO. 14-2981** <br> Section P |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **FEDERAL CORRECTIONAL INSTITUTE OAKDALE, ET AL.** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

After a *de novo* review of the record in this matter, for the reasons set forth in the Report and Recommendation, which was adopted by the Court, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 142] is GRANTED IN PART and DENIED IN PART. The motion is GRANTED with regard to Plaintiff's claims against Defendants Officers Caleb Gatreaux and Officer Thomas Voisine, and these claims are DISMISSED WITH PREJUDICE. The motion is also GRANTED with regard to the stretcher claims against Defendants Lt. Isiah Williams and Officer Roberto Rodriguez-Leon, but DENIED as to the bathroom access claims only asserted against these Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Federal Correctional Institute at Oakdale, Louisiana, are also DISMISSED WITH

PREJUDICE.

MONROE, LOUISIANA, this 13th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE